TIONS OF THE CITY OF NEW YORK, Respondent, and GILBERTO G. VALENTIN, Appellant. In the Matter of RAMON S. VELEZ, Respondent, v GILBERTO G. VALENTIN, Appellant.—Judgment, Supreme Court, Bronx County entered on August 23, 1977, unanimously affirmed, without costs and without disbursements, for the reasons stated by McCooe, J. Concur—Kupferman, J. P., Silverman, Evans, Lane and Markewich, JJ.

■ In the Matter of BLANCA L. VELEZ, Appellant-Respondent, v JOSEPH PREVITE et al., Constituting the Board of Elections of the City of New York, Respondents, and RAMON S. VELEZ, Respondent-Appellant.—Judgment, Supreme Court, Bronx County, entered on August 23, 1977, unanimously affirmed for the reasons stated by McCooe, J., without costs and without disbursements. Concur—Kupferman, J. P., Silverman, Evans Lane and Markewich, JJ.

■ In the Matter of BLANCA L. VELEZ, Appellant, v JOSEPH PREVITE et al., Constituting the Board of Elections of the City of New York, Respondents, and RAMON S. VELEZ et al., Respondents.—Judgment, Supreme Court, Bronx County, entered on August 11, 1977, unanimously affirmed, without costs and without disbursements. It does not appear that appellant was prejudiced by the determination at Special Term as there was no showing that appellant was prevented from proving or could have proven sufficient valid signatures. Concur—Kupferman, J. P., Silverman, Evans, Lane and Markewich, JJ.

■ In the Matter of RAMON S. VELEZ, Appellant-Respondent, v JOSEPH PREVITE et al., Constituting the Board of Elections of the City of New York, Respondents, and BLANCA L. VELEZ, Respondent-Appellant.—Appeals from judgments, Supreme Court, Bronx County, entered on August 23, 1977, unanimously dismissed as academic, without costs and without disbursements, in view of the disposition in Appeal No. 670 decided simultaneously herewith. It was conceded on the argument that if the residence was held to be valid, that the contentions raised on these appeals would become academic. Concur—Kupferman, J. P., Silverman, Evans, Lane and Markewich, JJ.

■ In the Matter of ANIBAL S. ROMAN, JR., et al., Respondents, v FRANCIS B. SHARPE, Appellant, and ALICE SACHS et al., Constituting the Board of Elections of the City of New York, Respondents.—Judgment, Supreme Court, New York County, entered on August 23, 1977, affirmed, without costs and without disbursements, for the reasons stated by Rubin, J., in disaffirming the Referee's report. Concur—Evans, Lane and Markewich, JJ.; Kupferman, J. P., and Silverman, J., dissent and would reverse and confirm the Referee's report as to the issue of change of dates, and invalidate the petitions.

■ In the Matter of DOUGLAS W. PRESCOTT et al., Respondents-Appellants, and BARRY M. FARBER, Respondent-Appellant, v PETER D. JONES, Appellant-Respondent, BRUCE KOGAN et al., Respondents. In the Matter of PETER D. JONES, Appellant-Respondent, et al., Respondents, v ALICE SACHS et al., Constituting the Board of Elections of the City of New York, Respondents, and BARRY FARBER, Respondent-Appellant.—Judgment, Supreme Court, New York County, entered on August 23, 1977, unanimously affirmed, without costs and without disbursements, for the reasons stated by Rubin, J., in decision on the record. Leave to appeal to the Court of Appeals is denied. Concur—Silverman, J. P., Evans, Lane and Markewich, JJ.

■ In the Matter of BARRY M. FARBER, Respondent, v ROBERT S. CARROLL, Respondent-Appellant, and GEORGE L. CLARK, JR., Respondent.—